IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD R. KIMBRELL,

    Petitioner,

v.                                         Case No. 1:17cv072-MW/CAS

JULIE L. JONES, Secretary,
Florida Department of Corrections,

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

    On or about March 3, 2017, Petitioner Richard R. Kimbrell, proceeding pro se, filed petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  ECF No. 1.  He also filed a motion for leave to proceed in forma pauperis.  ECF No. 2.

    Petitioner Kimbrell is an inmate at the Columbia Correctional Institution in Lake City, Florida, which is located in the Middle District of Florida.  See ECF No. 1; 28 U.S.C. § 89(b).  In his § 2254 petition, he challenges a state court judgment and sentence entered by the Eighth Judicial Circuit, in and for Bradford County, which is also located in the Middle District of Florida.  See ECF No. 1; 28 U.S.C. § 89(b).

    Jurisdiction is appropriate in the district of confinement and the district

of conviction.   28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated).   Because Petitioner Kimbrell is not confined in this district and his state court conviction is not from a state court in this district, jurisdiction is not appropriate in the Northern District. Accordingly, the petition should be transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, the district of conviction and confinement.   *Id*.; M.D. Fla. R. 1.02(b)(1).

It is therefore respectfully **RECOMMENDED** that the case file, including any service copies and pending motions, be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on March 16, 2017.

S/ Charles A. Stampelos
CHARLES A. STAMPELOS
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2).   A copy of the objections shall be served upon all other parties.   A party may respond to another party's objections within fourteen (14) days after being served with a copy

thereof.   Fed. R. Civ. P. 72(b)(2).   <u>**Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control**</u>.   If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.   *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 1:17cv072-MW/CAS