IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICHARD R. KIMBRELL,**

    **Petitioner,**

v.                                         **Case No. 1:17cv72-MW/CAS**

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

    **Respondent.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall **transfer** this case file, including any service copies and pending motions, to The United States District Court for the Middle District of Florida, Jacksonville Division. The Clerk shall close the file.

**SO ORDERED on April 14, 2017.**

                                             s/Mark E. Walker             
                                             **United States District Judge**